```
         UNITED STATES BANKRUPTCY COURT
         FOR THE DISTRICT OF RHODE ISLAND
```

In re:

    CORY R. JENGO                      BK- 13-12328
        Debtor(s)                      CHAPTER 13

### NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Trustee files Notice that the amount required to cure the default for the below claim has been paid in full and that the Debtor(s) have completed all payments under the plan.

Name of Creditor: SN Servicing Corporation
Trustee Claim #: 3
Last 4 digits of any number used to identify
  the Debtor's account: 8329

<u>Final Cure Amount:</u>

    Amount of Allowed Pre-petition Arrearage: $52,269.85
    Amount Paid by Trustee:                $52,269.85

<u>Monthly Ongoing Mortgage Payment is Paid:</u>

    __ Through the Chapter 13 Trustee conduit
    X  Directly by the Debtor

Within 21 days of the service of this Notice, the creditor must file and serve same on the Debtor(s), Debtor's counsel and the Trustee, pursuant to Federal Bankruptcy Rule 3002.1(g), a Statement indicating whether it agrees that the Debtor has paid in full the amount required to cure the default and whether, consistent with Bankruptcy Code §1322(b)(5), the Debtor is otherwise current on all the payments or be subject to further action of the Court including possible sanctions.

Dated: September 28, 2018     Respectfully submitted,

                                   /s/John Boyajian
                                   John Boyajian, Trustee
                                   400 Westminster St. Box 12
                                   Providence, RI 02903
                                   Tel:(401) 223-5550
                                   Fax:(401) 223-5548

CERTIFICATION

       I hereby certify that a copy of the within Notice was mailed, postage prepaid, to:

Mr. Cory R. Jengo
39 Flethcher Street
Warwick, RI 02889

SN Servicing Corporation
323 5th Street
Eureka, CA 95501

and electronically mailed to:

Janet J. Goldman, Esq. at jgoldmanlawri@jggoldman.com

Amy Magher, Esq. at amagher@masatlaw.com

on September 28, 2018.


                                      /s/ Alicia Dias