UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

| In re:<br><br>CORY R. JENGO,<br><br>   Debtor. | Chapter 13<br>Case No. 13-12328-DF |
|---|---|

## CERTIFICATE OF SERVICE

I, Lauren M. Bucci, Esq. of the law firm of Sassoon & Cymrot, LLP, hereby certify that I have this 12th day of October 2018 served on behalf of U.S. Bank Trust National Association, as Trustee of the Igloo Series II Trust as serviced by SN Servicing Corp., a <u>Response to Notice of Final Cure Payment</u> and this <u>Certificate of Service</u> by causing copies hereof to be sent by electronic mail via the Case Management / Electronic Case Files (ECF) system and by first-class U.S. mail (M) to all parties not appearing electronically but entitled to service per the Federal Rules of Bankruptcy Procedure.

| Cory R. Jengo<br>39 Fletcher St<br>Warwick, RI 02889-8139 (M) | Janet J. Goldman, Esq.<br>51 Jefferson Blvd. Suite 7<br>Warwick, RI 02888 (ECF) |
|---|---|
| Gary L. Donahue<br>Office of the U.S. Trustee<br>U.S. Courthouse<br>One Exchange Terrace Suite 431<br>Providence, RI 02903 (ECF) | John Boyajian, Esq.<br>400 Westminster St. Box 12<br>Providence, RI 02903 (ECF) |

   */s/ Lauren M. Bucci, Esq.*
   Lauren M. Bucci, Esq.